IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 15-362 |
| NELVING CASTRO | |

### O R D E R

**AND NOW**, this 8th day of February, 2016, upon consideration of Defendant Nelving Castro's Motion to Suppress Evidence (ECF No. 25) and the United States' Opposition thereto (ECF No. 28), **IT IS ORDERED** that Defendant's motion is **DENIED**.

BY THE COURT:

/s/ Wendy Beetlestone
_____
**WENDY BEETLESTONE, J.**