IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 15-362 |
| NELVING CASTRO | |

**O R D E R**

**AND NOW**, this 23rd day of June, 2016, upon consideration of letter briefs to Chambers, and after a hearing in open Court on said date, **IT IS ORDERED** that Defendant's Pretrial Release is **REVOKED**.  Defendant, Nelving Castro, be hereby **REMANDED** to the custody of the United States Marshal for this district pending sentencing.

BY THE COURT:


/s/ Wendy Beetlestone
_____
**WENDY BEETLESTONE, J.**